IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rick Vaia, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. 16-cv-6273 |
| | ) |
| Thomas Dart, Sheriff of Cook County and Cook County, Illinois, | ) Magistrate Judge Gilbert |
| | ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

It is stipulated between plaintiff Vaia and defendants Thomas Dart and Cook County, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ John Power (with consent)
John Power, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Sheriff*

<u>/s/ James Chandler</u> (with consent)
James Chandler, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Cook County*