UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Rick Vaia
                Plaintiff,

v.                                      Case No.: 1:16−cv−06273
                                              Honorable Jeffrey T. Gilbert

Thomas Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation to Dismiss With Prejudice and Without Costs [41], this matter is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The status hearing set for 10/10/17 is stricken with no appearance required. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.